**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7558**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT LEE BRUCE, JR., a/k/a Rob Base,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. James C. Turk, District Judge.
(CR-94-61, CA-98-39-R)

———————

Submitted: April 27, 1999          Decided: June 25, 1999

———————

Before NIEMEYER and LUTTIG, Circuit Judges, and HALL, Senior Cir-
cuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Lee Bruce, Jr., Appellant Pro Se. Donald Ray Wolthuis,
OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Robert Lee Bruce, Jr., seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and his motion for reconsideration. We have reviewed the record and the district court's memorandum opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Bruce, Nos. CR-94-61; CA-98-39-R (W.D. Va. Aug. 27 & Sept. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2